# United States Bankruptcy Court

SOUTHERN District Of NEW YORK

In re WELLMAN INC, et al
Debtor

Case No. 08-10595(SMB)

Chapter 11

*REQUEST FOR BANKRUPTCY COURT
TO REVIEW WHY VOTER (I.E VINCENT RHYNES) IN
CLASS 4 HAS NOT RECEIVED ANY DISTRBUTIONS AS
FOUND UNDER THE PLAN*

[Stamped: MAR -9 2009]

*A. Did The Ballot I Received Cover The Fact That I Was The Register
Holder & Beneficial Owner Of Four Hundred & Fifteen(415,000) Thousand
Shares Of The Debtor's Common Stock.*

*B. Is There A Need For The Bankruptcy Court To Designate Under
1126(e) Of The Bankruptcy Code. A true COPY of the PROOF of CLAIM
& Stock CERTS, Are Attach Hereto.*

*- RELIEF REQUESTED -
That The Bankruptcy Court Review With Respect To 1126(e)
& 105(a) Of The Bankruptcy Code.*

*- BASIS FOR RELIEF -
Section 105(a) Of The Bankruptcy Code.
Section 1126 (e) Of The Bankruptcy Code.*

Date : 03-03-2009

*Vincent E. Rhynes(Pro Se).
1514 W. Manchester AVE #5
Los Angeles CALIF, 90047
(310) 329-4254*

B 10 (Official Form 10) (12/07)

#232

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

**Name of Debtor:** WELLMAN, INC., et al.,  
**Case Number:** 08-10595 (smb)

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property): VINCENT E. RHYNES

☐ Check this box to indicate that this claim amends a previously filed claim.

**Name and address where notices should be sent:**
Vincent E. Rhynes
1514 W. Manchester AVE #5
Los Angeles CALIF, 90047

NFS
***

**Court Claim Number:** (If known)

**Telephone number:** (323)971-6063

**Filed on:**

**Name and address where payment should be sent** (If different from above):
SAME AS ABOVE----------------------

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**Telephone number:**

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ undt

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Book/Beneficial.
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

    3a. Debtor may have scheduled account as: XXXXX
    (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
**Describe:**

**Value of Property:** $_____ **Annual Interest Rate** ___ %

Amount of arrearage and other charges as of time case filed included in secured claim,

**If any:** $_____    **Basis for perfection:** _____

**Amount of Secured Claim:** $_____    **Amount Unsecured:** $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

X 7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING ........OK (VR). VR 1 OF 4

If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

*Specify the priority of the claim.*

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5)

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)( ).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**Date:** 06-14-08

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Vincent E. Rhynes*
Vincent E. Rhynes

FOR COURT USE ONLY

JUN 20 2008

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**RECEIVED**
**JUN 30 2008**
KURTZMAN CARSON CONSULTANTS


0810595080620000000000002


**WELLMAN, INC.**


DIRECT REGISTRATION BOOK-ENTRY ADVICE

AMERICAN STOCK TRANSFER & TRUST COMP
OPERATIONS CEN
6201 15TH AVE
BROOKLYN, NY 1
Phone: 800-937-
www.amstock.

VINCENT RHYNES
1514 W MANCHESTER AVE APT 5
LOS ANGELES CA 90047-5427

| | |
|---|---|
| STATEMENT DATE: | 05/06/2008 |
| COMPANY NUMBER: | 25521 |
| COMPANY NAME: | WELLMAN INC |
| CUSIP NUMBER: | 949702104 |
| SHAREHOLDER ACCOUNT NUMBER: | 4001515250 |

### DIRECT REGISTRATION TRANSACTION INFORMATION

| TRANSACTION TYPE: | SHARES TRANSFERRED IN | BROKER/DEALER PARTICIPANT NUMBER ON FILE: | |
|---|---|---|---|
| NUMBER OF SHARES: | 125,000.000 | BROKER/DEALER ACCOUNT NUMBER ON FILE: | |
| TRANSACTION NUMBER: | BK*0000979 | BROKER/DEALER PARTICIPANT NAME ON FILE: | |

### ACCOUNT SUMMARY

| CURRENT BALANCES | | ACCOUNT VALUE | |
|---|---|---|---|
| DRS BOOK-ENTRY SHARES: | 350,000.000 | MARKET VALUE DATE: | 12/07/2007 |
| CERTIFICATED SHARES: | 65,000.000 | MARKET VALUE PRICE: | 0.00 |
| DIVIDEND REINVESTMENT SHARES: | 0.000 | TOTAL MARKET VALUE: | 74,700.00 |
| TOTAL SHARES: | 415,000.000 | | |

This statement is your record of shares that have been credited to your account in book-entry form with American Stock Transfer & Trust Company ("AST"), the transfer agent for this issue. No stock certificate has been issued at this time.

You may request a physical certificate at any time, although it is generally easier and more efficient to maintain your holdings in non-certificated form.

If you wish to transfer your book-entry shares to your brokerage account, the following options are available to you:

- If your broker is a participant in the DRS Profile system, your broker may request your shares from AST utilizing the automated Profile system (AST's DTC Participant Number is 7805). You must provide your broker with the Company's CUSIP number, your shareholder account number, your taxpayer identification number, and the name in which the shares are registered. You must also provide your broker with the number of shares that you wish to transfer. Please be advised that your broker may request that you send him/her a copy of this Direct Registration Statement.

- If your broker is not a participant in the DRS Profile system, please write to AST at the address listed above, instructing AST to credit your brokerage account. You must include your AST account number, the name of your brokerage institution, your brokerage account number, and the number of shares that you wish to transfer. Your letter of instruction must be signed by all owners listed in the account registration and the signatures must be guaranteed by a bank, broker or other financial institution that is a member of a Securities Transfer Association-approved medallion program such as STAMP, SEMP or MSP. It would speed processing if you would include a copy of this Direct Registration Statement. Please coordinate with your broker to ensure that they will accept share delivery via the Direct Registration system.

The Issuer will furnish, without charge, to each holder who so requests, the powers, designations, preferences and relative participating optional or other special rights of each class of security or series thereof, and the qualifications, limitations or restrictions of such preferences and/or rights.

# COMMON STOCK

NUMBER A 2991

NR0793 107009

INCORPORATED UNDER THE LAWS
OF THE STATE OF DELAWARE

THIS CERTIFICATE IS TRANSFERABLE
IN CHARLOTTE, NC OR IN NEW YORK, N.Y.

SEE REVERSE FOR
CERTAIN DEFINITIONS

CUSIP 949702 10 4

## WELLMAN, INC.



25525

THIS CERTIFIES THAT

**** FOUR THOUSAND FIVE HUNDRED ****

IS THE OWNER OF

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK WITH THE PAR VALUE OF ONE TENTH OF ONE CENT ($.001) EACH OF

**Wellman, Inc.** transferable on the books of the company by the holder hereof in person or by duly authorized attorney upon surrender of this certificate properly endorsed. This certificate is not valid until countersigned and registered by the Transfer Agent and Registrar.

Witness the facsimile seal of the company and the facsimile signatures of its duly authorized officers.

Dated:

MARCH 17, 2004
2552100021 FAST

COUNTERSIGNED AND REGISTERED:
AMERICAN STOCK TRANSFER & TRUST COMPANY,
(New York, N.Y.)
TRANSFER AGENT
AND REGISTRAR

By
AUTHORIZED SIGNATURE

David K. Duffee
SECRETARY

[signature]
PRESIDENT



NUMBER 22992

SHARES

COMMON STOCK

2552

COMMON STOCK

INCORPORATED UNDER THE LAWS
OF THE STATE OF DELAWARE

THIS CERTIFICATE IS TRANSFERABLE
IN CHARLOTTE, NC OR IN NEW YORK, N.Y.

SEE REVERSE FOR
CERTAIN DEFINITIONS

CUSIP 949702 10 4

WELLMAN, INC.

THIS CERTIFIES THAT

[SEE OWNER ID]

is the owner of

**TWO THOUSAND FIVE HUNDRED**

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK WITH THE PAR VALUE OF ONE TENTH OF ONE CENT ($.001) EACH OF

Wellman, Inc. transferable on the books of the Company by the holder hereof in person or by duly authorized attorney upon surrender of this certificate properly endorsed. This certificate is not valid unless countersigned and registered by the Transfer Agent and Registrar. Witness the facsimile seal of the Company and the facsimile signatures of its duly authorized officers.

Dated: APRIL 03, 2008

2552000263 FAST

COUNTERSIGNED AND REGISTERED
AMERICAN STOCK TRANSFER & TRUST COMPANY
(New York, N.Y.)
TRANSFER AGENT
AND REGISTRAR

By: _____
AUTHORIZED SIGNATURE

SECRETARY

PRESIDENT